1  ANDRÉ BIROTTE JR.
   Acting United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   PATRICK R. FITZGERALD
4  Assistant United States Attorney
   Acting Chief, National Security Section
5  ROZELLA A. OLIVER (SBN 250488)
   ANTHONY J. LEWIS (SBN 231825)
6  Assistant United States Attorneys
        1300 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone: (213) 894-4591/2475/1786
        Facsimile: (213) 894-6436
9       E-Mail: patrick.fitzgerald@usdoj.gov
                rozella.oliver@usdoj.gov
10              anthony.lewis@usdoj.gov

11 Attorneys for Applicant
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 09-1344(A)-VBF |
|---|---|
| Plaintiff, | ) [~~proposed~~] ORDER CONTINUING |
| | ) TRIAL DATE AND FINDINGS REGARDING |
| v. | ) EXCLUDABLE TIME PERIODS PURSUANT |
| | ) TO SPEEDY TRIAL ACT |
| JIRAIR AVANESSIAN, | ) |
|   aka "Jerry Avanessian," | ) **TRIAL DATE**: August 10, 2010, 8:30 |
|   aka "Jerry Avanes," and | ) **a.m.** |
| FARHAD MASOUMIAN, | ) |
|   aka "Farhad Ma'sumiyan," | ) **STATUS CONFERENCE**: July 19, 2010, |
|   | ) **2:00 p.m.** |
|   aka "Farhad Ma'sumian," | ) |
|   aka "Farhad Masouiman," | ) |
|   aka "Farhad Masumian," | ) |
|   aka "Farhad Masumiyan," | ) |
| AMIRHOSSEIN SAIRAFI, | ) |
|   aka "Amir Hossein Sairafi," | ) |
| | ) |
| Defendants. | ) |

    The Court has read and considered the Stipulation Regarding
Findings of Excludable Time Periods Pursuant to Speedy Trial Act,
filed by the parties in this matter.  The Court hereby finds that

the facts and records of the case support a continuance of the trial date in this matter, and provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution and the existence of novel questions of fact and law, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; (v) the time between March 1, 2010 and March 10, 2010 constitutes a delay resulting from a pretrial motion, from the filing of each motion through the prompt resolution of the motion; (vi) the time between March 18, 2010 to the resolution of defendant's interlocutory appeal constitutes a delay resulting from an interlocutory appeal; and (vii) the time between January 12, 2010 to June 29, 2010, inclusive, constitutes a reasonable period of delay while defendant Avanessian is joined for trial with co-defendant Amirhossein Sairafi as to whom the time for trial has not run and no motion for severance has been granted.

THEREFORE, FOR GOOD CAUSE SHOWN, THE COURT HAS AND DOES FIND AND ORDER:

1. The trial in this matter is continued from March 9, 2010, at 8:30 a.m. to **August 10**, 2010, at 8:30 a.m.

2. The time period of June 29, 2010 to August 10, 2010, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i), (ii), and (iv) and § 3161(h)(6). Furthermore the time period of March 1, 2010 to March 10, 2010 are excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. § 3161(h)(1)(D). Furthermore time period of March 18, 2010 to the resolution of defendant's interlocutory appeal are excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. § 3161(h)(1)(C).

3. The status conference set for June 10, 2009, at 3:00 p.m. is continued to July 19, 2010, at 2:00 p.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion

///
///
///
///
///
///
///

of additional time periods from the period within which trial must commence.

**May 25, 2010**
DATE

*Valerie Baker Fairbank*
THE HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

Presented by:

  /s/
PATRICK R. FITZGERALD
ROZELLA A. OLIVER
ANTHONY J. LEWIS
Assistant United States Attorneys